**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| KATHY BILLECK, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Civil Action No. 07-CV-7053 |
| PENTAGROUP FINANCIAL, LLC | ) ) | Judge Norgle |
| Defendant. | ) | |

**STIPULATION TO DISMISS**

It is hereby stipulated and agreed by and between the undersigned parties, that said action against PENTAGROUP FINANCIAL, LLC, be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which said action was brought against PENTAGROUP FINANCIAL, LLC having been fully settled, compromised and adjourned.

DATED THIS  28th  day of January, 2008.

___/s Larry P. Smith_____
Larry P. Smith,
Larry P. Smith & Associates, Ltd.
For Plaintiff

___/s Jennifer W. Weller_____
Jennifer W. Weller
Hinshaw & Culbertson LLP
For Defendant

Name:           LARRY P. SMITH & ASSOCIATES, LTD.
Attorney for:  Plaintiff
Address:       205 N. Michigan Ave., 40th floor
City:             Chicago, Illinois 60601
Telephone:   (312) 222-9028
E-mail:         lsmith@lpsmithlaw.com