**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KATHY BILLECK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 07-CV-7053 |
| | ) | |
| PENTAGROUP FINANCIAL, LLC | ) | Judge Norgle |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

Ms. Jennifer W. Weller
Hinshaw & Culbertson, LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
Email: JWeller@hinshawlaw.com

    On January 28, 2008, I filed a **Stipulation of Dismissal,** with the United States District Court, Northern District of Illinois, a copy of which is attached hereto and herewith served upon you.

                              By:   */s Larry P. Smith*
                                     Attorney for Plaintiff

| | |
|---|---|
| Name: | LARRY P. SMITH & ASSOCIATES, LTD. |
| Attorneys For: | Plaintiff |
| Address: | 205 N. Michigan Ave, Suite 4000 |
| City: | Chicago, Illinois 60601 |
| Telephone: | (312) 222-9028 |

## PROOF OF SERVICE

    I, Larry P. Smith, an attorney, certify that I served this notice to the above named party or parties *via email* on January 28, 2008, by 5:00 p.m. from 205 N. Michigan Ave, Suite 4000, Chicago, Illinois 60601.

                              By:   */s Larry P. Smith*
                                   Attorney for Plaintiff