**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Kathy Billeck
          Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No.: 1:07−cv−07053
　　　　　　　　　　　　　　　　　　　　　Honorable Charles R. Norgle Sr.

Pentagroup Financial, LLC
          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 31, 2008:

  MINUTE entry before Judge Charles R. Norgle Sr.: Case dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which said action was brought against Pentagroup Financial, LLC having been fully settled, compromised and adjourned. Civil case terminated. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.